**Antonio R. Alvarez, SBN#156435**
**2014 Tulare Street, Suite 300**
**Fresno, California 93721**
**Telephone (559) 441-0114**
**Facsimile (559) 441-0890**

Attorney for Defendant JOSE MAGALLON MONTES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:09-CR-00272-012 AWI |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **SENTENCING HEARING** |
| JOSE MAGALLON MONTES, | ) |
| Defendant. | ) |

It is hereby stipulated by and between the parties hereto, through their respective attorneys of record, as follows:

The sentencing hearing in this matter is currently set for May 14, 2012 at 1:30 pm. It is stipulated that this hearing be continued until June 4, 2012 at 1:30 pm. The reason for the continuance is that counsel is currently in a jury trial in state court (Department 70, Judge Chittick) that started on April 30, 2012. The trial is anticipated to last until May 25, 2012. The trial was originally set to begin on March 19, 2012 but ended up not proceeding until April 30, 2012.

Additionally, the defendant is housed in Kern County and logistical issues, including a revised Presentence Investigative Report not being received until April 30, 2012, have prevented counsel from meeting the client prior to sentencing.

-1-

Dated: May 3, 2012

/s/ Antonio R. Alvarez
**Antonio R. Alvarez**
Attorney for Defendant

Dated: May 3, 2012

/s/ Kathleen A. Servatius
**Kathleen A. Servatius**
Assistant U.S. Attorney

# **O R D E R**

Based upon the stipulation of the parties and good cause appearing, it is hereby ORDERED that the sentencing hearing currently set for May 14, 2012 at 10:00 am, is continued until June 4, 2012 at 1:30pm.

IT IS SO ORDERED.

Dated: May 4, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE