Curtis V. Rodriguez, Esq.   SBN 113198
95 So. Market Street, Suite 300
San Jose, CA 95113
Tel: (408) 838-1539
Fax: (408) 995-3202
Attorneys for Defendant
JOSE BUSTOS-VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>JOSE BUSTOS-VARGAS,<br><br>　　　　Defendants. | CASE NO. 1:09-cr-00272 AWI<br><br>COURT ORDER TO CONTINUE SENTENCING DATE |

　　　IT IS HEREBY ORDERED AND GOOD CAUSE APPEARING, based upon the stipulation of the parties, the COURT grants the defendant Jose Bustos-Vargas' request to vacate the sentencing hearing date of June 18, 2012.

　　　IT IS FURTHER ORDERED that the matter be set for sentencing on July 30, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   June 13, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE