Curtis V. Rodriguez, Esq.   SBN 113198
95 So. Market Street, Suite 300
San Jose, CA 95113
Tel:  (408) 838-1539
Fax: (408) 995-3202
Attorneys for Defendant
JOSE BUSTOS-VARGAS

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　Plaintiff,<br>　　vs.<br>JOSE BUSTOS-VARGAS,<br><br>　　　　Defendants. | CASE NO. 1:09-cr-00272 AWI<br><br>ORDER TO CONTINUE SENTENCING DATE |

IT IS HEREBY ORDERED AND GOOD CAUSE APPEARING, based upon the stipulation of the parties, the COURT grants the defendant Jose Bustos-Vargas' request to vacate the sentencing hearing date of July 30, 2012.

IT IS FURTHER ORDERED that the matter be set for sentencing on August 27, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   July 26, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE