BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-00272 AWI-DLB |
| Plaintiff, ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARINGS AND EXCLUDING TIME FROM AUGUST 27, 2012, TO SEPTEMBER 17, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. ) | |
| SERGIO VASQUEZ-VEGA and GRISELDA AGUILAR-MAGANA, ) | ORDER |
| Defendants. ) | [18 U.S.C. § 3161(h)(7)(B)(iv)] |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and agree that the change of plea hearings for both defendants in this case, previously scheduled for August 27, 2012 at 10:00 a.m., be continued until September 17, 2012, at 10:00 a.m. before the Honorable Anthony W. Ishii.

The reason for this request is the parties' need for further investigation, discovery, and plea negotiations. The parties have agreed that the requested date represents the earliest date that all counsel are available, taking into account their schedules and commitments to other clients, and the need for preparation in the case and further investigation, and that time shall be excluded to and through the date of the change of plea hearings in that failure to grant the requested continuance would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the

1

defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case and that, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendanst in a speedy trial under the Speedy Trial Act.

DATED: August 23, 2012  BENJAMIN B. WAGNER
United States Attorney

By /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

DATED: August 23, 2012  /s/ Curtis Sok
Attorney for Sergio Vasquez-Vega

DATED: August 23, 2012  /s/ Brian Andritch
Attorney for Griselda Aguilar-Magana

**ORDER**

Pursuant to the parties stipulation and good cause appearing, IT IS ORDERED THAT the change of plea hearings in this case, currently scheduled for August 27, 2012, be continued until September 17, 2012, at 10:00 a.m..

IT IS FURTHER ORDERED THAT due to the need for additional investigation and preparation in the case, time shall be excluded to and through the date of the change of plea hearings in that failure to grant the requested continuance would reasonably deny the defendants continuity of counsel, and reasonably deny both the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting the case. 18 U.S.C. § 3161(h)(7)(B)(iv).

///

///

The Court finds, based on the reasons articulated, that the continuance in the "ends of justice" outweighs the interest of the public and defendants in a speedy trial under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: August 23, 2012

                                          CHIEF UNITED STATES DISTRICT JUDGE