**CURTIS B. SOK, State Bar No. 202052**
**Law Office of Curtis B. Sok**
**6083 N. Figarden Dr. No. 205**
**Fresno, CA 93722**
**559-475-0239(Tel.)/475-0239(fax)**

**Attorneys for Sergio Vasquez-Vega**

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 1:09-CR-00272 AWI** |
| **Plaintiff,** | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON |
| **vs.** | |
| **Sergio Vasquez-Vega, et al.,** | **DATE: October 9, 2013** |
| **Defendants.** | **TIME: 10:00 a.m.** |
| | **COURT ROOM: 2** |
| | **JUDGE: Hon. Anthony W. Ishii** |
| | **HONORABLE ANTHONY W. ISHII** |

Defendant, Sergio Vasquez-Vega through his counsel, Curtis B. Sok and the United States of America, though its counsel, Benjamin B. Wagner, United States Attorney and Kathleen A. Servatius, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from October 9, 2013 to **November 4, 2013 at 10:00 a.m**. This continuance is necessary that the defense attorney will be out of country and will not be available on October 9, 201.

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:'

a. Title 18 Unites States Code § 3161(h)(8)(A) – that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

DATED: October 7, 2013            /S/
Kathleen A. Servatius
Assistant U.S. Attorney

DATED: October 7, 2013           /S/
Curtis Bonghoon Sok
Attorney for defendant

## ORDER

GOOD CAUSE APPEARING, based on the stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing for defendant SERGIO VASQUEZ-VEGA is continued to November 4, 2013 at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 8, 2013

SENIOR DISTRICT JUDGE